CONSOLIDATED SERVICE STATIONS, INC., Landlord, Appellant, *v.* CITIES SERVICE OIL COMPANY, Tenant, Respondent, and RICHARD DRISCOLL, Undertenant, Respondent.

Supreme Court, Appellate Term, Second Department, March 21, 1951.

*Henry A. Panoff* and *Hyman Grill* for appellant.

*Benjamin Mosher* and *George H. Colin* for respondents appearing specially.

*Per Curiam.* Landlord lessees were authorized to maintain this proceeding by paragraph (2) of subdivision (d) of section 8 of chapter 3 of the Laws of 1945 (as amd. by L. 1950, ch. 327).

The final order, and intermediate order granting the motion to dismiss amended petition, should be unanimously reversed upon the law, with $30 costs to the landlord, and motion denied.

FENNELLY, HOOLEY and WALSH, JJ., concur.

Final and intermediate orders reversed, etc.